UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOHN KIRSCHBAUM, | Case No. 2:12-cv-01007-MMD-PAL |
|---|---|
| Petitioner, | |
| v. | ORDER |
| D.W. NEVEN, et al., | |
| Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed a motion to proceed *in forma pauperis.* (Dkt. no. 1.) Based on the information concerning petitioner's financial status, the Court finds that the motion to proceed *in forma pauperis* should be denied. Petitioner must pay the full filing fee of $5.00.

IT IS THEREFORE ORDERED that petitioner's motion to proceed *in forma pauperis* (dkt. no. 1) is DENIED. Petitioner shall have thirty (30) days from the date this order is ENTERED in which to have the designated fee sent to the clerk. Failure to do so may result in the dismissal of this action. The clerk is directed to RETAIN the petition but not file it at this time.

DATED THIS 26th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE