# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN KIRSCHBAUM,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:12-cv-01007-APG-PAL

**O R D E R**

**IT IS ORDERED** that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED: November 8, 2013.

_____
ANDREW P. GORDON
United States District Judge