# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KIRSCHBAUM,<br><br>　　　Petitioner,<br><br>vs.<br><br>D. W. NEVEN, et al.,<br><br>　　　Respondents. | Case No. 2:12-cv-01007-APG-PAL<br><br>**O R D E R** |

**IT IS ORDERED** that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED: November 8, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　United States District Judge